ARMSTRONG v. HEIDE.

(Supreme Court, Appellate Term. June 28, 1906.)

APPEAL—NOTICE—SUFFICIENCY.

    Where plaintiff served a notice of appeal from a judgment dismissing the complaint, and included therein an appeal from orders not affecting the final judgment, the time to appeal from which had expired, the notice, in so far as it treated of the final judgment, was effective, and was not impaired by the effort to embody therein the two orders.

    [Ed. Note.—For cases in point, see vol. 2, Cent. Dig. Appeal and Error, §§ 2140–2149.]

Appeal from City Court of New York, Trial Term.

Action by Paul Armstrong against Henry Heide. Judgment for defendant, and from an order refusing a motion to compel defendant's attorney to accept notice of appeal (99 N. Y. Supp. 817), plaintiff appeals. Affirmed.

Argued before GILDERSLEEVE, LEVENTRITT, and McCALL, JJ.

J. P. Solomon, for appellant.
Amend & Amend, for respondent.

PER CURIAM. There was no necessity for the motion upon which this order was based. The notice of appeal, in so far as it treated of

the final judgment, was effective; and it was not impaired by the effort of the appellant, without right of any kind, to embody therein the two orders, the time to appeal from which had long since expired, and as to which respondent herein, in the future progress of the appeal from the final judgment, if any is made, can easily dispose of the matter of these two orders, which are not and should not be made part of the case on appeal.

Order (99 N. Y. Supp. 817) affirmed, with costs and disbursements.